IRWIN vs. MILBURN, Sheriff.

1. A sheriff is not entitled to charge a defendant with commission on a debt for which the property of defendant had been attached by the sheriff, the debt having been paid to the plaintiff by defendant before any further proceedings on the attachment.

2. Where, in such case, the sheriff had claimed and been allowed commission by the court, but no exceptions were taken to the opinion of the court, its judgment will be affirmed.

ERROR to St. Louis Circuit Court.

Scott, J., *delivered the opinion of the Court.*

The property of Irwin having been seized by an attachment in a suit begun by Ashhurst & Remington against him, the debt was paid to the plaintiffs without any further proceedings in the cause, and thereupon, in addition to his other fees, the sheriff charged half commission on the debt, under the law regulating fees for serving executions. This was allowed him.

The point involved in this case was settled by this Court in the case of Gordon & Gordon vs. Maupin, Sheriff of Boone county, at the last January term. It was there held, under somewhat like circumstances, that the sheriff was not entitled to a commission against the defendant. The evidence in this case not having been preserved in the bill of exceptions, and no exceptions having been taken in the court below, the judgment will be affirmed, the other Judges concurring.